IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAUNA LOA VACATION OWNERSHIP, HLP, a Hawaiian limited partnership, | ) ) ) ) | MC 07-00166 SOM LEK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ACCELERATED ASSETS, L.L.C., an Arizona limited liability company, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 28, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

Due for Adoption: 1/14/08

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; January 16, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Mauna Loa Vacation Ownership, HLP v. Accelerated Assets, L.L.C.; MC 07-00166 SOM/LEK; Order Adopting Magistrate Judge's Findings and Recommendation

cc:all parties of record

Due for Adoption: 1/14/08                           2